**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-6283**

_____

TAWOINE BANKS,

             Petitioner - Appellant,

        v.

WARDEN M. L. KING,

             Respondent - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:22-hc-02164-M-RJ)

_____

Submitted:  July 27, 2026                    Decided:  August 10, 2026

_____

Before KING and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed in part and dismissed in part by unpublished per curiam opinion.

_____

Tawoine Aquil Frank Banks, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tawoine Aquil Frank Banks, a federal prisoner, appeals the district court's orders denying his petition for relief under 28 U.S.C. § 2241 and motions to reconsider. The district court's November 28, 2023, order denying relief on his § 2241 petition is not properly before this court because Banks's notice of appeal, filed in April 2025, was not timely as to that order. *See* Fed. R. App. P. 4(a)(1)(B) (providing a 60-day period to appeal a final order where the United States is a party); Fed. R. App. P. 4(a)(4)(A) (providing that timely motion under Rule 59(e) or Rule 60(b) motion filed within the time for filing a Rule 59(e) motion extends the period to appeal a final judgment). Thus, we dismiss the appeal as to the denial of Banks's § 2241 petition.

As to the denial of reconsideration, we have reviewed the record and find no reversible error. *See Bonnie v. Dunbar*, 157 F.4th 610 (4th Cir. 2025), *petition for cert. filed*, No. 25-1363 (U.S. June 9, 2026). Accordingly, we affirm the district court's denial of reconsideration. *Banks v. King*, No. 5:22-hc-02164-M-RJ (E.D.N.C. Mar. 24, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED IN PART,*
*DISMISSED IN PART*

2